Case 17-21246-TPA    Doc 57    Filed 01/11/18    Entered 01/11/18 15:59:28    Desc Main
Document      Page 1 of 1

FILED
1/11/18 1:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

15-1477

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>William Christopher Andrews<br><br>Debtor(s)<br>WELLS FARGO BANK, N.A.<br>Movant<br>v.<br>William Christopher Andrews and<br>Ronda J. Winnecour, Esquire<br>Respondents | 17-21246 TPA<br><br>Chapter 13 Proceeding<br><br>Related to Document #26: |

### PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

TO THE COURT:

    Movant, WELLS FARGO BANK, N.A., respectfully withdraws its Objection to Confirmation, which was filed on 06/13/2017, at docket #26.

    POWERS KIRN & ASSOCIATES, LLC

    By:  **/s/ Harry B. Reese, Esquire**
    Attorney ID# 301510
    Eight Neshaminy Interplex, Suite 215
    Trevose, PA 19053
    Telephone: 215-942-2090
    E-mail: Harry.Reese@pkjllc.com
    Attorney for Movant
    Dated:  January 10, 2018

SO ORDERED
January 11, 2018

*[signature]*
vas